

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-22-00292-CR

David **CASTILLO**, Jr.,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 365th Judicial District Court, Zavala County, Texas
Trial Court No. 20-01-003847-ZCRAJA
Honorable Amado J. Abascal III, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED August 9, 2023.

_____
Rebeca C. Martinez, Chief Justice